HARVEY ARBUCKLE ET AL., PLAINTIFFS, v. JACK
KROMKA, FRANK R. KROMKA AND JOSEPH KROMKA,
DEFENDANTS.

Submitted May term, 1924—Decided October 7, 1924.

**Contracts—Action on Promissory Notes—Rule Granted as to
One Defendant Denied as to Others.**

On application for rules.

Before Justices KALISCH, BLACK and CAMPBELL.

For the plaintiffs, *Elmer W. Romine.*

For the defendants Jack Kromka and Frank R. Kromka,
*King & Vogt.*

For the defendant Joseph Kromka, *Edward A. Walsh.*

PER CURIAM.

The suit in this case was brought to recover the amount of
three promissory notes, all dated July 17th, 1922, one for
$375 and two for $750 each. The case was tried by Hon.
Peter F. Daly, Circuit judge, at the Morris Circuit. The
trial resulted in the direction of a verdict in favor of the
plaintiffs for $2,194.68 against the defendants Jack Kromka
and Frank R. Kromka, and a verdict in favor of the defend-
ant Joseph Kromka. The defendants are a father, Joseph
Kromka, and two sons. Applications for rules to show
cause having been denied by the trial judge, application is
now made to the court by the plaintiffs and the two defend-
ants. We think, after reading and considering the evidence,
that the plaintiffs' applications for a rule against Joseph
Kromka should be granted, and by a written stipulation it
is agreed that if the court grants the rule it should grant a

new trial, and such is the order of the court as to Joseph Kromka.

The application for a rule to show cause by the two other defendants Jack Kromka and Frank R. Kromka is denied, with costs.